# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2017

155489

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* MAUTI, Minors.

SC: 155489
COA: 333662
Oakland CC Family Division:
2015-831882-NA

_____/

On order of the Court, the application for leave to appeal the February 21, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2017



Clerk

p0404